AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)
Eight Cell Phones in the possession of the FBI further described as:
Motorola Model #i860 S/N 364VEQFQPF, Nextel Phone, Verizon LG Model VX3200, Motorola Boost Mobile Model H81XAH6RR1AN, Sanyo Sprint Model PM 8200(L), Motorola Model i450, Motorola Model H81XAH6RR4AN S/N 364KEY19KJ, Motorola i830 Model H74XAH6RR4AN IMEI:000101719297390, Motorola i415 S/N364VFQ55F5

**APPLICATION AND AFFIDAVIT
IN SUPPORT OF A SEARCH WARRANT**

(Further described below)

I   Kellie R. O"Brien   being duly sworn depose and say:

I am a(n)   Special Agent with the Federal Bureau of Investigation   and have reason to believe
            (Official Title)
that in (name, description and or location)
eight cellular phones in the possession of the FBI seized on October 24, 2005 from 9508 Potomac Drive, Fort Washington, Md. Further described as:
Motorola Model #i860 S/N 364VEQFQPF, Nextel Phone, Verizon LG Model VX3200, Motorola Boost Mobile Model H81XAH6RR1AN, Sanyo Sprint Model PM 8200(L), Motorola Model i450, Motorola Model H81XAH6RR4AN S/N 364KEY19KJ, Motorola i830 Model H74XAH6RR4AN IMEI:000101719297390, Motorola i415 S/N364VFQ55F5

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched) information stored in eight cell phones in the possession of the FBI
Motorola Model #i860 S/N 364VEQFQPF, Nextel Phone, Verizon LG Model VX3200, Motorola Boost Mobile Model H81XAH6RR1AN, Sanyo Sprint Model PM 8200(L), Motorola Model i450, Motorola Model H81XAH6RR4AN S/N 364KEY19KJ, Motorola i830 Model H74XAH6RR4AN IMEI:000101719297390, Motorola i415 S/N364VFQ55F5

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence of a crime

concerning a violation of Title   21   United States Code, Section(s)  841, 843, 846  . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Jack Geise
NARC 4th Floor
(202) 616-9156

Signature of Affiant
Kellie R. O"Brien, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____                at Washington, D.C.
Date

_____                _____
Name and Title of Judicial Officer              Signature of Judicial Officer