AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
Eight Cell Phones in the possession of the FBI further described as:
Motorola Model #i860 S/N 364VEQFQPF, Nextel Phone, Verizon LG Model VX3200, Motorola Boost Mobile Model H81XAH6RR1AN, Sanyo Sprint Model PM 8200(L), Motorola Model i450, Motorola Model H81XAH6RR4AN S/N 364KEY19KJ, Motorola i830 Model H74XAH6RR4AN IMEI:000101719297390, Motorola i415 S/N364VFQ55F5

**SEARCH WARRANT**

CASE NUMBER:

TO:   Kellie R. O'Brien    and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Kellie R. O"Brien_ who has reason to believe that stored in eight cellular phones in the possession of the FBI seized on October 24, 2005 from 9508 Potomac Drive, Fort Washington, Md .further described as:Motorola Model #i860 S/N 364VEQFQPF, Nextel Phone, Verizon LG Model VX3200, Motorola Boost Mobile Model H81XAH6RR1AN, Sanyo Sprint Model PM 8200(L), Motorola Model i450, Motorola Model H81XAH6RR4AN S/N 364KEY19KJ, Motorola i830 Model H74XAH6RR4AN IMEI:000101719297390, Motorola i415 S/N364VFQ55F5

in the District of Columbia, there is now concealed information and data that is evidence of violations of 21 U.S.C. §§ 841, 843, and 846

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _November 8, 2005_

(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

at Washington, D.C.

Date and Time Issued

Name and Title of Judicial Officer            Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>10/28/05 | DATE AND TIME WARRANT EXECUTED<br>11/7/05 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Phones seized on 10/24/05 |
| INVENTORY MADE IN THE PRESENCE OF | Det. Norma Horne    SA Stephanie Yanta | |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

numerous phone numbers
- 2 Text messages

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]* _____    11/17/05
U.S. Judge or U.S. Magistrate Judge    Date